COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




 
 
  
  
  
  
 IN THE MATTER OF HUMBERT
 ZACHAROF PIZZARO,
  
                             Appellant.
  
  
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-04-00062-CR
  
 Appeal from the
  
 Probate Court
  
 of El Paso County, Texas
  
  
 
 




 

MEMORANDUM
OPINION

On February 9, 2004, appellant filed
a notice of appeal in this Court from a judgment signed on February 19,
2003.  We gave appellant notice of our
intent to dismiss the appeal for lack of jurisdiction because the notice of
appeal was untimely.  See Tex. R. App. P. 26.  Appellant has not shown cause for continuing
the appeal.  Accordingly, the appeal is
dismissed for lack of jurisdiction.

 

SUSAN
LARSEN, Justice

May 13, 2004

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.

 

(Do Not Publish)